# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RHONDA M. MCLEMORE § | |
| § | Civil Action No. 4:18-CV-689 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| WALMART INC., LLC TEXAS STORES, § | |
| ET AL. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 31, 2020, the report of the Magistrate Judge (Dkt. #128) was entered containing proposed findings of fact and recommendations that Defendant Paul Bowman's Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. #73) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Paul Bowman's Motion to Dismiss Plaintiff's Fourth Amended Complaint (Dkt. #73) is **GRANTED**, and Plaintiff's claims against Defendant Paul Bowman are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 26th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE